**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| VAN LUU PHAN,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>WARDEN, ADELANTO ICE<br>PROCESSING CENTER, et al.,<br><br>　　　　　Respondents. | Case No. 5:26-cv-03203-SP<br><br>**JUDGMENT** |

Pursuant to the Memorandum Opinion and Order Granting Petition filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that the Petition is granted.

Dated: <u>July 1, 2026</u>



_____
SHERI PYM
United States Magistrate Judge